# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 08mj2309 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Jose Rafael Jimenez | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/1/08__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____X____ Defendant released on $ __15,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

   _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                                      JAN M. ADLER
                                              UNITED STATES MAGISTRATE JUDGE

                                                      OR

Received _____      W. SAMUEL HAMRICK, JR.  Clerk
                DUSM                       by
                                              _____
                                                      Deputy Clerk

Crim-9   (Rev 6-95)                                    ☆ U.S. GPO: 1996-783-398/40151

                                                      R. Rhone

CLERKS' COPY