1  DAVID H. BARTICK
   LAW OFFICES OF DAVID H. BARTICK
2  *Certified Specialist, Criminal Law*
   California State Bar No. 126132
3  101 West Broadway, Suite 1950
   San Diego, California 92101-8220
4  Telephone: (619) 231-8900
   Facsimile:  (619) 231-8075
5  Email: db@barticklaw.com

6  Attorney for Defendant
   Jose Rafael Jimenez

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10              (Honorable John A. Houston, Judge)

11 UNITED STATES OF AMERICA,        )   Criminal Case No.   08CR2675-JAH
                                    )
12      Plaintiff,                  )
                                    )
13      v.                          )
                                    )   DECLARATION OF SURETIES
14 JOSE RAFAEL JIMENEZ,             )   RE: ENLARGEMENT OF TRAVEL
                                    )   CONDITION
15      Defendant.                  )
                                    )

16

17      WE, THE UNDERSIGNED SURETIES, agree and consent to the enlargement of the

18 travel restrictions placed upon Defendant Jose Jimenez's bond, to wit that Mr. Jimenez may

19 travel to Tijuana, Mexico to visit with his wife and child.  It is our understanding that Mr.

20 Jimenez will be required to telephone his Pretrial Services Officer (from a land line) both before

21 he leaves for Mexico, and upon his return.  It is further our understanding that Mr. Jimenez will

22 be escorted during these family visits by his mother, Elvia Ortiz, and that the travel will not be

23 overnight.

24

25 DATED: 8/26/08                          ELVIA ORTIZ

26

27 DATED: 8/26/08                          JOSE DE JESUS JIMENEZ

28

*FILED AUG 26 2008, CLERK U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA*